**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 11-50700

MARGARET M PRICE

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/19/2011.

2) The plan was confirmed on 04/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 01/09/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $45,895.00.

10) Amount of unsecured claims discharged without payment: $31,440.41.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,100.00 |
| Less amount refunded to debtor | $300.00 |

**NET RECEIPTS:** $28,800.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,186.74 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,686.74

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECOVERY SERVICE | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN AIRLINES CU | Secured | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| AMERICAN AIRLINES CU | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLOOMINGDALES | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 4,637.00 | 4,676.61 | 4,676.61 | 555.83 | 0.00 |
| CARDIOLOGY INTERPRETATION II | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 373.00 | 378.85 | 378.85 | 45.03 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,208.00 | 2,208.94 | 2,208.94 | 262.54 | 0.00 |
| COMENITY BANK | Unsecured | 484.00 | 484.19 | 484.19 | 57.55 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 2,152.00 | 2,151.86 | 2,151.86 | 255.76 | 0.00 |
| DIAMOND HEADACHE CLINIC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| DILLARD NATL BANK | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 350.00 | 350.51 | 350.51 | 41.66 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 705.00 | 410.84 | 410.84 | 48.83 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 57.00 | 279.11 | 279.11 | 33.17 | 0.00 |
| ENDODONTIC & PERIODONTIC ASSC | Unsecured | 655.00 | 673.53 | 673.53 | 80.05 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 17,550.00 | 17,550.00 | 17,550.00 | 17,550.00 | 2,302.57 |
| FORD MOTOR CREDIT CO | Unsecured | NA | 3,837.67 | 3,837.67 | 456.12 | 0.00 |
| GABRIELLA PAOLUCCI DDS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,035.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 216.00 | 216.07 | 216.07 | 25.68 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 495.00 | 495.85 | 495.85 | 58.93 | 0.00 |
| MARY DEHERRERA CODO | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CARDIOLOGY | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| MHFS | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 479.00 | 479.36 | 479.36 | 56.97 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 2,730.00 | 2,730.61 | 2,730.61 | 324.54 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Unsecured | 3,159.00 | 3,159.27 | 3,159.27 | 375.49 | 0.00 |
| PARAGON WAY | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ANESTHESIA ASSOCIATE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD FIRE PROT DIST | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 575.00 | 575.40 | 575.40 | 68.39 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 589.00 | 589.10 | 589.10 | 70.02 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 628.00 | 628.65 | 628.65 | 74.72 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,035.00 | 1,035.20 | 1,035.20 | 123.04 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,231.00 | 1,231.48 | 1,231.48 | 146.37 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 908.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| UNITED HEALTHCARE INSURANCE | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,100.00 | $1,100.00 | $0.00 |
| Debt Secured by Vehicle | $17,550.00 | $17,550.00 | $2,302.57 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,650.00** | **$18,650.00** | **$2,302.57** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,593.10** | **$3,160.69** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,686.74 |
| Disbursements to Creditors | $24,113.26 |
| **TOTAL DISBURSEMENTS** : | **$28,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/24/2017                                  By: /s/ Glenn Stearns
                                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**